**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAQUAN LEWIS | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-3870 |
| | : | |
| LIVE! CASINO & | : | |
| HOTEL PHILADELPHIA | : | |

**ORDER**

This 30th day of September, 2025, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 11, is **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice, as the Court can discern no basis on which Plaintiff could plausibly state a claim, which renders amendment futile. *See Grayson v. Mayview State Hosp.*, 293 F.3d 103, 108 (3d Cir. 2002).

/s/ Gerald Austin McHugh
United States District Judge